1  SEYFARTH SHAW LLP
   Lorraine H. O'Hara (SBN 170153)
2  lohara@seyfarth.com
   Myra Villamor (SBN 232912)
3  mvillamor@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendants
   TRIBUNE MEDIA COMPANY and KTLA, LLC

7

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12  DONN CARPER,                          Case No.  2:15-CV-04259-VAP (SSx)

13            Plaintiff,                   *[Hon. Virginia A. Phillips]*

14       v.                               **DEFENDANTS TRIBUNE MEDIA
                                          COMPANY AND KTLA, LLC'S
15  TRIBUNE MEDIA, a business form        NOTICE OF MOTION AND
    unknown; KTLA, LLC, a business form   MOTION FOR SUMMARY
16  unknown; and DOES 1 through 100,      JUDGMENT, OR IN THE
    inclusive,                            ALTERNATIVE, PARTIAL
17                                        SUMMARY JUDGMENT**
            Defendants.
18                                        *[Filed concurrently with Memorandum
                                          of Points and Authorities, Statement of
19                                        Undisputed Facts and Conclusions of
                                          Law, Appendix of Evidence, [Proposed]
20                                        Order and [Proposed] Judgment]*
21
22                                        Date:         May 23, 2016
                                          Time:         2:00 p.m.
23                                        Courtroom:    780
24

25

26  **TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:**

27       **PLEASE TAKE NOTICE THAT** that on May 23, 2016, at 2:00 p.m., or as soon

28  thereafter as the matter may be heard, in Courtroom 780, located at 255 East Temple

---

Street, Los Angeles, CA 90012-3332, Defendants Tribune Media Company and KTLA, LLC ("Defendants") will and hereby move this Court for summary judgment or, in the alternative, partial summary judgement against Plaintiff Donn Carper ("Plaintiff") pursuant to Fed. R. Civ. P. 56 and United Stated Central District Local Rule 56.

**This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 6, 2016.**

Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment is made on the following grounds:

**Age Discrimination (First Cause of Action)**

1.      Plaintiff's first cause of action for age discrimination in violation of the Fair Employment and Housing Act ("FEHA") fails as a matter of law as to Defendants because Plaintiff cannot show a prima facie case of discrimination.

2.      Plaintiff's first cause of action for age discrimination in violation of the FEHA fails as a matter of law as to Defendants because the undisputed evidence establishes that Plaintiff's employment was terminated for a legitimate, non-discriminatory business reason and was not a pretext for unlawful discrimination.

**Wrongful Termination In Violation Of Public Policy (Second Cause of Action)**

3.      Plaintiff's second cause of action for wrongful termination in violation of public policy fails as a matter of law as to Defendants because Plaintiff cannot show a prima facie case of discrimination.

4.      Plaintiff's second cause of action for wrongful termination in violation of public policy fails as a matter of law as to Defendants because the undisputed evidence establishes that Plaintiff's employment was terminated for a legitimate, non-discriminatory business reason and was not a pretext for unlawful discrimination.

**Claims Against Non-Employer Tribune Media Company**

5.      Each of Plaintiff's causes of action against Defendant Tribune Media Company ("Tribune Media") fail as a matter of law because Plaintiff cannot dispute that KTLA, LLC ("KTLA") — not Tribune Media — was  his employer because: (1) there is

2

a presumption that a parent corporate entity does not employ the employees of a subsidiary, and Plaintiff has no evidence to rebut the presumption; (2) there is no evidence of an integrated employer relationship between Tribune Media and KTLA; (3) there is no evidence of an agency relationship between Tribune Media and KTLA; and (4) there is no evidence that Tribune Media is an alter ego of KTLA.

**Claim For Punitive Damages**

6.      Plaintiff's claim for punitive damages fails as a matter of law as to Defendants because Plaintiff cannot demonstrate with clear and convincing evidence that any officer, director, or managing agent engaged in malice, oppression or fraud.

7.      Plaintiff's claim for punitive damages fails as to Tribune Media because Plaintiff cannot demonstrate with clear and convincing evidence that an officer, director, or managing agent of Tribune Media made any decision regarding his employment.

**After Acquired Evidence Affirmative Defense**

8.      Defendants are entitled to summary judgment on their affirmative defense of after-acquired evidence because they have shown as a matter of law that had Plaintiff remained employed, he would have been terminated on March 6, 2015 when evidence of his malfeasance was discovered.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of  Points and Authorities, the Appendix of Evidence, the Statement of Undisputed Facts and Conclusions of Law; the [Proposed] Order, the [Proposed] Judgment, all pleadings and papers on file in this action to which the Court may take judicial notice; and such other matters as may be presented to the Court prior to or at the hearing.

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

1   | DATED: April 25, 2016                    SEYFARTH SHAW LLP

2

3                                              By:  */s/ Lorraine H. O'Hara*
                                                    Lorraine H. O'Hara
4                                                   Myra Villamor
                                               Attorneys for Defendants
5                                              TRIBUNE MEDIA COMPANY and
                                               KTLA LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24775014v.1