Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 122535
Elvis Tran, State Bar No. 281620
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, California  90503
Telephone:  (310) 698-0990
Facsimile:   (310) 698-0995
E-Mail:      vgeorge@vgeorgelaw.com

Attorneys for Plaintiff,
DONN CARPER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONN CARPER,<br><br>Plaintiff,<br><br>v.<br><br>TRIBUNE MEDIA, a business, form unknown; KTLA, LLC, a business, form unknown, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE No. 2:15-cv-04259-VAP (SSx)<br>[Assigned to the Virginia A. Phillips]<br><br>**PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Filed concurrently with:<br>Declaration of Elvis Tran, Esq.]<br><br>Date:    July 18, 2016<br>Time:    2:00 p.m.<br>Crtrm:  780<br><br>Complaint filed:    April 23, 2015<br>Trial Date:           November 15, 2016 |

        Plaintiff DONN CARPER hereby submits his Sur-Reply to Defendants' Motion

for Summary Judgment, which was permitted by this Court by way of Minute Order

on June 7, 2016, as follows:

///

## MEMORANDUM OF POINTS AND AUTHORITIES

In its moving papers, Defendant KTLA failed to provide a single shred of documentation to support its alleged legitimate nondiscriminatory reason to terminate Mr. Carper due to the "poor year for KTLA" in 2014. (Defs.' Mot. at 17:21-23.) KTLA supported its rationale by relying on deposition testimony and declarations from Mr. Corsini and Ms. Poulipolous, both current high ranking employees at KTLA. (Defs.' UF 63-68.)

Plaintiff's opposition raised this point, further noting that there was not a single e-mail, memorandum, or meeting minutes which would reflect budgetary concerns in 2014.  On reply, KTLA attempted to dispute this point by stating that at some point during discovery of this litigation, "KTLA produced over 100 pages of financial documents reflecting that 2013 was a very good year . . . . [and] 2014 was an unexpectedly bad year."  (Defs.' Reply at 6:22-27.)

KTLA specifically identifies pacing reports, a 2014 operating plan, and a 2015 operating plan which supports KTLA's position. (Defs.' Reply at 6:28-7:8.) Interestingly, KTLA failed to provide *any* of these documents in its moving papers. Instead, KTLA selectively cherry picked several pages to include with its reply brief.

In doing so, KTLA conveniently failed to provide this Court with information found in KTLA's 2015 operating budget, in a category titled "Highlights", which sharply disputes the alleged legitimate nondiscriminatory reason for terminating Mr. Carper - i.e., the "poor year" KTLA had in 2014:

- • "KTLA drove performance and grew EBITDA +$4.33M vs. 2013";
- • "KTLA's six locally produced event specials generated more than $2.6M in revenue, with a profit of $1.7M and a net margin of 65.8%";
- • "KTLA outperformed the market in '14, and will finish at $112.5M (core+political), at a 13.0% share";
- • "KTLA News expanded again in 2014, increasing total number of news hours to 59.5 hours/week";

1

1  •  "KTLA News (4-10AM) was the most watched local news in ALL major
2  sweeps";
3  •  "KTLA Morning News (7-9AM) continues to beat all competition (A18-
4  49 & A25-54) since Jan. '13";
5  •  "KTLA.com showed year-to-year growth of +98.8% (Sept. '13-Sept.
6  '14)".
7  (See **Exhibit 1** attached to the Declaration of Elvis Tran) (emphasis added.)
8  Further, in a different section of KTLA's 2015 operating budget, titled
9  "Innovations," additional items are listed which also state:
10  •  "KTLA will generate more than $14.0M in sponsorship integration
11  revenue in 2014";
12  •  "KTLA produced more than $8.5M in new business (Direct & Agency)
13  in 2014".
14  (See **Exhibit 1** attached to the Declaration of Elvis Tran.)
15  Mr. Carper recognizes that this same 2015 operating budget also contains items
16  which support KTLA's position as this document also contains KTLA's "challenges"
17  in the upcoming 2015 year.  However, this simply creates genuine issues of material
18  fact as to whether KTLA had budgetary issues in 2014.  Further, coupling this
19  evidence with the fact that KTLA does not have a single e-mail, memorandum, or
20  meeting minutes relating to budgetary issues in 2014 creates genuine issues of material
21  fact that should be resolved by the jury.
22  For the foregoing reasons, Plaintiff respectfully requests the Court deny
23  Defendants' Motion for Summary Judgment.
24  Dated: July 11, 2016          LAW OFFICES OF VICTOR L. GEORGE
25
26                                        */s/ Elvis Tran*
   By: _____
27                                        VICTOR L. GEORGE
                                          ELVIS TRAN
                                          Attorneys for Plaintiff
28                                        DONN CARPER

2