# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

Donn Carper,

              Plaintiff,

v.

Tribune Media et al.,

              Defendants.

CV 15-4259-VAP (SSx)

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:  7/25/16

Virginia A. Phillips
Chief United States District Judge